**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JERRY-JACOB JAMES CORONA,** | § | |
| **TDCJ No. 02435470,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. SA-26-CA-05390-FB** |
| | § | |
| **ERIC GUERRERO,[1] Director,** | § | |
| **Texas Department of Criminal Justice,** | § | |
| **Correctional Institutions Division,** | § | |
| | § | |
| **Respondent.** | § | |

**ORDER DIRECTING RESPONDENT**
**TO ANSWER PETITION**

Before the Court is petitioner Jerry-Jacob James Corona's petition for federal habeas corpus relief pursuant to 28 U.S.C. § 2254 (ECF No. 2). Petitioner is proceeding *pro se* in this proceeding and his application to proceed *in forma pauperis* (ECF No. 1) has been granted. Having reviewed the submissions, and in accordance with Rules 4 and 5 of the Rules Governing Section 2254 Cases, the Court orders the respondent to file an answer or other responsive pleading to the petition.

1. **<u>Service on Respondent</u>.** The respondent in this case is represented by the Office of the Attorney General ("AG"). In accordance with a standing agreement between the Court and the AG, the Clerk shall electronically serve this Order and the entire § 2254 petition, along with any attachments, on the AG via CM/ECF, directed to the attention of Tomee Heining, Assistant Attorney General, Chief of the Criminal Appeals Division, as well as to Laura Haney.

---

[1] Petitioner named R. Sanders, a warden of the Chase Field Work Camp of the Texas Department of Criminal Justice (TDCJ) where petitioner is housed, as respondent. However, the correct respondent in this case is Eric Guerrero, the current Director of TDCJ's Correctional Institutions Division. As such, Guerrero will be substituted as the proper respondent.

2. **Respondent's Answer.** Respondent must answer the petition within **thirty (30) days** after receiving this Order. The answer, or other responsive pleading, should comply with Rule 5 of the Rules Governing Section 2254 Cases and Rule 12 of the Federal Rules of Civil Procedure. Respondent must serve petitioner with a copy of the answer or other responsive pleading in accordance with Rule 5(b) of the Federal Rules of Civil Procedure.

3. **State Court Records.** Respondent must electronically file the relevant state court or administrative records via CM/ECF on or before the date an answer or other responsive pleading is filed. Physical copies of the record, paper or otherwise, will not be accepted unless specifically requested by the Court. **When citing to the record, respondent must cite the corresponding docket entry and page number as it appears in CM/ECF**.

4. **Petitioner's Reply.** Petitioner may file any reply to an answer or other pleading filed by respondent on or before **twenty (20) days** after petitioner receives the answer or other pleading.

5. **Duty to Serve Opposing Counsel.** Under Rule 5 of the Federal Rules of Civil Procedure, petitioner must serve a copy of any pleading, motion, or other document filed upon counsel for respondent (the attorneys listed in Paragraph 1). Further, when filing a document, petitioner must include a certificate of service that indicates the date and method (such as by hand-delivery, certified mail, first class mail, etc.) being used to serve respondent's counsel of record. If petitioner files a document that does not include this certificate of service, the Court will disregard the filing.

6. **Duty to Inform Court of Change of Address.** If petitioner's address changes, petitioner must immediately notify the Clerk and respondent's counsel in writing of the change. Petitioner should file a document with the new address with the Court and title it "Notice to the Court of Change of Address." This document should not include any motions or other matters. If petitioner fails to immediately notify the Clerk and respondent's counsel of any change in petitioner's mailing address, the Court could dismiss the petition.

It is so **ORDERED**.

**SIGNED** this the 31st day of August, 2026.

**FRED BIERY**
**UNITED STATES DISTRICT JUDGE**